| | |
|---|---|
| **Amanda Nelson (027524)**<br>**PHILLIPS & ASSOCIATES**<br>20 E. Thomas Rd, Suite 2600<br>Phoenix, Arizona 85012<br>Tel: (602) 258-8900<br>Fax: (602) 230-2027<br>eMail: amandan@phillipslaw.ws<br>Attorneys for Debtors | |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>David Betancourt,<br>David Betancourt,<br><br>Debtor(s) | Chapter 13 Proceedings<br><br>Case No: 2:07-bk-04049-GBN<br><br>**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| CHASE HOME FINANCE<br><br>Movant,<br><br>vs.<br><br>David Betancourt,<br>David Betancourt, and<br>Russell A. Brown, Trustee,<br><br>Respondent(s) | |

1. The Debtors filed for protection under Chapter 13 of the Bankruptcy Code (Title 11 of the United States Code) on August 16, 2007.

2. Debtors believe that they are in substantial compliance with the terms of their Chapter 13 Plan, but are unable to provide verification within the time required to answer this Motion.

3. If Debtors are in default under any Plan provision, they will propose to cure such post-petition default within a reasonable period of time.

4. Debtors would like to work out a Stipulation to cure any default on the underlying note secured by Deed of Trust.

1

5. The Debtors avers that they have made most post-petition payments to the Movant and will provide proof of such payments to the Movant.

6. The property to which the Movant claims a security interest is the Debtor's homestead located at 23779 W. Wier Ave., Buckeye, AZ 85326; and this property is necessary to an effective reorganization.

7. Debtors may have equity in the subject property.

8. Movant's claim is protected by its Deed of Trust that allows the Debtors to have use and possession of the subject property.

9. The Debtors recognize the requirement to make post-petition payments on the underlying note secured by Deed of Trust in a timely manner.

WHEREFORE, the Debtor(s) respectfully request that this Honorable Court deny the Motion and continue the automatic stay in full force and effect.

Dated: September 21, 2010            PHILLIPS AND ASSOCIATES

By:   /s/ AEN (027524)
      Amanda Nelson
      20 E. Thomas Rd., Suite 2600
      Phoenix, AZ 85012
      Attorney for Debtor(s)

Copy of the foregoing mailed September 21, 2010 to:

Tiffany and Bosco
Attorneys for Chase Home Finance
2525 East Camelback Rd., Third Floor
Phoenix, AZ 85016

Russell A. Brown, Ch 13 Trustee
3838 N. Central Ave, Suite 800
Phoenix, AZ 85012-1965

David and Olga Betancourt
23779 W. Wier Ave.
Buckeye, AZ 85326

By:   /s/ KM
      Kimberly Rock